

**Entered on Docket
June 01, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787

MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

US Bank National Association, as Trustee for Citigroup Mortgage Loan Trust, Inc. for Asset-Backed
Pass-Through Certificates Series 2006-WMC1
09-77031

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | 09-25083-MKN |
| | Date: 5/17/2010 |
| Evangeline P. Javien | Time: 10:30 a.m. |
| | Chapter 13 |
| Debtors | |

**INTERIM ORDER RE: MOTION FOR RELIEF OF AUTOMATIC STAY**

1  IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pending confirmation of the
2  Chapter 13 Plan submitted by the Debtor, the Trustee assigned to this case will disburse payments to
3  Secured Creditor holding the Note dated 9/12/2005 12:00:00 AM secured by same date Deed of Trust
4  of the subject property, generally described as 8264 Cupertino Heights, Las Vegas, NV 89178, and
5  legally described as follows:
6
7  ///
8  ///
9  ///
10 ///
11 ///
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///

Parcel I:
Lot 75 of Mountains Edge - Pod 129, as shown by map thereof on file in Book 119 of Plats, Page 73, in the Office of the County Recorder of Clark County, Nevada.

Parcel II:
An easement for ingress and egress over private streets and common areas as shown and delineated on said map.

The amount of post petition arrearages are as follows:

2 Monthly Payments(s) at $3,731.04 $7,462.08
(September 1, 2009 - October 1, 2009)
6 Monthly Payments(s) at $3,365.68 $20,194.08
(November 1, 2009 - April 1, 2010)
Motion for Relief Filing Fee  $150.00
Attorneys Fees         $750.00
Accrued Late Fees      $310.54
Total  $28,866.70

IT IS SO ORDERED.

Submitted by:

**WILDE & ASSOCIATES**
By: /s/ Michl Mulh #10099
Gregory L. Wilde, Esq.
Attorney for Secured Creditor
212 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED AS TO FORM & CONTENT:

Rick A. Yarnall                                       George Haines
By: /s/ _____ 5-19-10                                 By: /s/ _____ #9353

Rick A. Yarnall                                       George Haines
Chapter 13 Trustee                                    Attorney for Debtors
701 Bridger Avenue #820                               1020 Garces Avenue Suite 100
Las Vegas, NV 89101                                   Las Vegas, NV 89101

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

___ The court waived the requirements of LR 9021.
___ No parties appeared or filed written objections, and there is no trustee appointed in the case.
___ No parties appeared or filed written objections, and the trustee is the movant.
_x_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
_x_ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or    ___ failed to respond to the document
___ appeared at the hearing, waived the right to review the order
___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
_x_ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or    ___ failed to respond to the document

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:
___ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or    ___ failed to respond to the document
___ appeared at the hearing, waived the right to review the order
___ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:
___ approved the form of this order          ___ disapproved the form of this order
___ waived the right to review the order and/or    ___ failed to respond to the document

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor